# ARMED SERVICES BOARD OF CONTRACT APPEALS

| | |
|---|---|
| Application Under the Equal Access to Justice Act of -- ) ) ) | |
| Government Contracting Resources, Inc. ) | ASBCA No. 59162 |
| ) | |
| Under Contract No. NNK08OB12C ) | |

APPEARANCE FOR THE APPELLANT: Jennifer M. Miller, Esq.
 Wyrick Robbins Yates & Ponton LLP
 Raleigh, NC

APPEARANCES FOR THE GOVERNMENT: Scott W. Barber, Esq.
 NASA Chief Trial Attorney
 Charles Alexander Vinson, Esq.
 Assistant Chief Counsel
 Miata L. Coleman, Esq.
 Trial Attorney
 Kennedy Space Center, FL

## ORDER OF DISMISSAL

Pursuant to the parties' 29 April 2015 joint motion to dismiss appeal with prejudice stating that the parties have settled both the quantum portion of the appeal as well as the applicant's request for fees under the Equal Access to Justice Act in ASBCA No. 59162, ASBCA No. 59162 is hereby dismissed with prejudice subject to reinstatement only in the event the settlement is not consummated. Any request to reinstate the subject appeal must be filed within 120 days of the date of this Order.

Dated: 1 May 2015

MARK A. MELNICK
Administrative Judge
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals on an application for fees and other expenses incurred in connection with ASBCA No. 59162, Appeal of Government Contracting Resources, Inc., rendered in accordance with 5 U.S.C. § 504.

Dated:

JEFFREY D. GARDIN
Recorder, Armed Services
Board of Contract Appeals

2